UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BAILEY,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br><br>        Respondent. | CASE NO. ED CV 14-2064-JGB (PJW)<br><br>ORDER ACCEPTING REPORT AND<br>ADOPTING FINDINGS, CONCLUSIONS,<br>AND RECOMMENDATIONS OF UNITED<br>STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED:   August 9, 2016

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE