JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BAILEY, | ) Case No. ED CV 14-2064-JGB (PJW) |
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this case be remanded to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation.

DATED: August 9, 2016

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE